

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-20-00078-CR

**EX PARTE** Juan Roberto **RODRIGUEZ**,
Appellant

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 1990CR1294-W9
Honorable Kevin M. O'Connell, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on April 1, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.

_____
Michael A. Cruz, Clerk of Court